RICHARD F. HOLLEY, ESQ. (NBN 3077)
E-mail: rholley@nevadafirm.com
F. THOMAS EDWARDS, ESQ. (NBN 9549)
E-mail: tedwards@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. BARTON, individually and as Trustee of the J&H BARTON FAMILY TRUST DATED MARCH 8, 2000; JAMIE McNULTY, an individual; JAMIE McNULTY and KENNETH McNULTY as Trustees of the McNULTY FAMILY TRUST,<br><br>Defendants. | CASE NO.: 2:14-cv-00770-APG-CWH<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS JAMES A. BARTON, INDIVIDUALLY AND AS TRUSTEE OF THE J&H BARTON FAMILY TRUST DATED MARCH 8, 2000, JAMIE McNULTY, INDIVIDUALLY, AND JAMIE McNULTY AND KENNETH McNULTY, AS TRUSTEES OF THE McNULTY FAMILY TRUST |

THIS MATTER having come before the Court pursuant to Plaintiff Bank of the West's ("Plaintiff") Application for Default Judgment against Defendants James A. Barton, individually and as Trustee of the J&H Barton Family Trust Dated March 8, 2000, Jamie McNulty, individually, and Jamie McNulty and Kenneth McNulty, as Trustees of the McNulty Family Trust (the "Application"), and the Court having reviewed the pleadings and papers submitted in support thereof, judgment is hereby entered against Defendants James A. Barton, individually and as Trustee of the J&H Barton Family Trust Dated March 8, 2000, Jamie McNulty, individually, and Jamie McNulty and Kenneth McNulty, as Trustees of the McNulty Family Trust (collectively the "Defendants"), jointly and severally, pursuant to Fed. R. Civ. P. 55(b)(2), as follows:

1. Plaintiff is hereby awarded a total amount of **$705,948.56** against the Defendants, jointly and severally, broken down as follows:

a. Plaintiff is hereby awarded actual damages against the Defendants in the total amount of $695,481.01 based upon the Defendants' breaches of their duties and obligations to Plaintiff as alleged in the Complaint and as set forth in the Application.

b. Plaintiff is hereby awarded attorney fees incurred in the prosecution of this action in the amount of $9,207.25, pursuant to the terms of the Guarantees (defined in the Application) and as set forth in the Application.

c. Plaintiff is hereby awarded costs incurred in the prosecution of this action in the amount of $1,260.30, pursuant to LR 54-1, the terms of the Guarantees, and as set forth in the Application.

2. Further, to this amount, **$705,948.56**, Plaintiff is awarded interest at 9.1061%, the current rate of interest for the Loan (defined in the Application), from October 1, 2014, until all sums are paid in full.

IT IS SO ORDERED.

DATED this 22nd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

07296-09/1372367_2.doc